



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BILL OF INFORMATION FOR RECEIPT OF CHILD PORNOGRAPHY
AND NOTICE OF FORFEITURE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 15-209 |
| v. | * | SECTION: SECT. B MAG. 1 |
| ANDREW HUTCHINSON | * | VIOLATION: 18 U.S.C. §2252(a)(2) |
| | | 18 U.S.C. §2252(b)(1) |
| | * | 18 U.S.C. §2253 |

\*   \*   \*

The United States Attorney charges that:

### COUNT ONE - RECEIPT OF CHILD PORNOGRAPHY

Beginning at a time unknown, but not later than July 24, 2014, and continuing until on or about July 27, 2014, in the Eastern District of Louisiana, and elsewhere, the defendant, **ANDREW HUTCHINSON**, did knowingly receive, and attempt to receive, visual depictions, that is, digital images and videos and computer images and videos, that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means, including by computer, the production of which involved the use of a minor engaging in sexually

Fee USA
Process
X Dktd
CtRmDep
Doc. No.

explicit conduct as defined in Title 18, United States Code, Section 2256(2), and such visual depictions were of such conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## NOTICE OF FORFEITURE

1. The allegations of Count 1 of this Bill of Information are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 2253.

2. As a result of the offense alleged in Count 1, the defendant, **ANDREW HUTCHINSON**, shall forfeit to the United States all property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and/or any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, in violation of Title 18, United States Code, Sections 2252(a)(2) and 2253

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

        d.      has been substantially diminished in value; or

        e.      has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

    All in violation of Title 18, United States Code, Section 2253.

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY

*[signature]*

JORDAN GINSBERG
Assistant United States Attorney
Illinois Bar No. 6282956

New Orleans, Louisiana
August 28, 2015

3

No. _____

# United States District Court
## FOR THE
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

vs.

ANDREW HUTCHINSON

BILL OF INFORMATION FOR RECEIPT OF CHILD PORNOGRAPHY

Violation(s):  18 U.S.C. Section 2252(a)(2)
18 U.S.C. Section 2252(b)(1)

Filed _____, 20 15

_____, Clerk.

By _____, Deputy

Jordan Ginsberg
*Assistant United States Attorney*