# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NUMBER: 15-209** |
| **ANDREW HUTCHINSON** | **SECTION: "B"** |

## ORDER & REASONS

Before the court is defendant's motion for early termination of supervised release, Rec. Doc. 52, the government's response and opposition to same, Rec. Doc. 55, and the probation officer's response, Rec. Doc. 59. For the following reasons, **IT IS ORDERED** that the instant motion is hereby **DENIED**.

To his credit and according to his probation officer, Mr. Hutchinson has been compliant with the terms of supervised release since commencement on January 9, 2020. On April 24, 2020, he was referred for sex offender management treatment pursuant a special condition of ordered supervision. The probation officer reports that he "remains actively engaged in sex offender treatment and has made satisfactory progress…[including] compliance with all treatment obligations." Rec. Doc. 59. Mr. Hutchinson has been employed since March 2021 as a truck driver, with no reported issues with that employment. Id. He has submitted various certificates of achievement, many within a year or three of his sentencing on July 6, 2016, as well as a polygraph examiner's report dated March 23, 2016, and more recent supportive materials from family, friends, and professionals. See Rec. Doc. 52-3, pp. 1-40.

According to the government's response, it has received objections to the motion from counsel representing the interests of numerous victims of Hutchinson's sex offender crimes. Rec. Doc. 55-2. While acknowledging defendant's compliance with supervised release terms, the

government asserts additional grounds in opposition to early termination of supervision, e.g. consideration of sentencing factors under 18 U. S. C. § 3553(a).

Compliance with supervise release obligations is mandatory. Early termination from supervision requires more…it requires a showing of exceptional or extraordinary behavior and achievements. Being compliant for about 4 years of a 10-year period of supervision evidences the rehabilitative and deterrent effects of ongoing supervision, especially related treatment programs. Given his extensive transmissions of sexually explicit depictions of children, some approximately 18-months old, Factual Basis at Rec. Doc. 22, pp. 2-3, Mr. Hutchinson would benefit from continued supervision rather than early termination in order to enhance the success of sex offender treatment programs, promote respect for laws, and discourage recidivism. Just punishment but not more than necessary to meet the latter goals is best achieved by maintaining the current sentence and conditions of supervision.

New Orleans, Louisiana, this 19th day of July 2024

_____
SENIOR UNITED STATES DISTRICT JUDGE